IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 3:03cr105/LAC
      3:04cv461/LAC/MD

KENNETH KELLEY

_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 5, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside, or correct sentence (doc. 53) is DENIED.

DONE AND ORDERED this 27th day of July, 2005.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**